IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANTONIO R. WEATHERSBY | § | PLAINTIFF |
| | § | |
| v. | § | Civil No. 1:26cv2-HSO-BWR |
| | § | |
| BOILERMAKERS UNION and | § | |
| HUNTINGTON INGALLS | § | DEFENDANTS |

## FINAL JUDGMENT

In accordance with the Order entered herewith,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED**.

**SO ORDERED AND ADJUDGED**, this the 11th day of March, 2026.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE